UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-67784-JWC |
| | : | |
| DARWIN G. FLORES, | : | CHAPTER 7 |
| | : | |
|    Debtor. | : | |
| | : | |
| S. GREGORY HAYS, as Chapter 7 Trustee for the Bankruptcy Estate of Darwin G. Flores, | : | |
| | : | |
|    Plaintiff. | : | |
| | : | |
| v. | : | ADV. PRO. NO. 22-5174-JWC |
| | : | |
| BLANCA IRIS RESENDIZ-ALEMAN a/k/a BLANCA ALEMAN, | : | |
| | : | |
|    Defendant. | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I, Michael J. Bargar, am over the age of 18 and that I have this day caused to be served the *Complaint* [Doc. No. 1] and *Summons* [Doc. No. 2] in the above referenced matter by depositing in the United States mail copies of the same in properly addressed envelopes with adequate postage affixed thereon to assure delivery by first class mail and certified mail to the following entities at the addresses stated:

Blanca Iris Resendiz-Aleman
3744 Westchase Village Lane
Peachtree Corners, GA 30092-7227

This 3rd day of January, 2023.

                    ROUNTREE LEITMAN KLEIN & GEER, LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
Century Plaza I                    Georgia Bar No. 645709
2987 Clairmont Road, Suite 350    mbargar@rlkglaw.com
Atlanta, Georgia 30329
404-410-1220