UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DAVID ESCOBENO HIDALGO, | : | CASE NO. 21-54552-BEM |
| | : | |
| Debtor. | : | |
| | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On October 26, 2022, the Trustee sold real property of the estate known as 114 Truman Ct, Jackson, GA 30233 ("**Property**") to Jeremy Davis ("**Purchaser**") for $268,000.00 as ordered and approved by the Court on October 18, 2022 [Doc. No. 34].

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchaser and has received net funds of $193,938.97 from the sale.

Respectfully submitted this 31st day of October, 2022.

                                              /s/
                                      S. Gregory Hays
Hays Financial Consulting, LLC      Chapter 7 Trustee
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
REAL ESTATE CLOSINGS

| | |
|---|---|
| Settlement Date: | 10/26/2022 |
| Disbursement Date: | 10/26/2022 |
| Settlement Location: | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| File Number: | |
| Lender: | First Option Mortgage, LLC |
| Loan Type: | FHA |
| Borrower: | Jeremy Davis<br>114 Truman Court<br>Jackson, GA 30233 |
| Seller: | S. Gregory Hays, as and only as Trustee in Bankruptcy for the Estate of David Escobedo Hildago<br>2964 Peachtree Road<br>Suite 555<br>Atlanta, GA 30306 |
| Property location: | 114 Truman Court<br>Jackson, GA 30233 |
| Tax Parcel No: | 0014A-00000-125-000 |

| | Seller Debit | Seller Credit |
|---|---:|---:|
| **Financial Consideration** | | |
| Sale Price of Property | | 268,000.00 |
| Seller Credit | 12,000.00 | |
| **Prorations/Adjustments** | | |
| Prorated HOA Dues 212.50/semi 10/26/22 - 12/31/22 | | 77.38 |
| County Taxes ($2547.23) 10/26/22 - 01/01/23 | | 467.57 |
| **Commissions** | | |
| Commission- Buyer's Broker to ABR Realty Group, LLC | 7,875.00 | |
| Commission- Seller's Broker to Century 21 Crowe Realty | 7,875.00 | |
| **HOA Charges** | | |
| HOA Balance due to Jackson Glenn Homeowners Association | 1,283.28 | |
| **Miscellaneous Debits/Credits** | | |
| Debtor's homestead exemption to David Escobedo Hidalgo | 43,000.00 | |
| 2022 Butts county taxes to Butts County Clerk of Court | 2,572.70 | |
| **Subtotals** | 74,605.98 | 268,544.95 |
| **Balance Due TO Seller** | 193,938.97 | |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Report of Sale** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated and upon all the following persona or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

David Escobedo Hidalgo
915 Ashley Parkway
Lawrenceville, GA 30043

A. Christopher Nogales
Nogales & Associates, LLC
Bldg 3, Suite D
1805 Herrington Rd.
Lawrenceville, GA 30043

This 31st day of October, 2022.

        /s  *S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060