UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 21-55737-PWB |
| JAMES EARNEST NEWMAN, SR. *a.k.a.* : | |
| JAMES E. NEWMAN and : | |
| MARY HAASE NEWMAN *a.k.a.* : | |
| MARY H. NEWMAN, : | |
| : | |
| Debtors. : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On December 13, 2022, the Trustee sold real property of the estate known as 3424 Double Eagle Drive, Unit 30, Marietta, GA 30008 ("**Property**") to Andreana Washington ("**Purchaser**") for $270,000.00 as ordered and approved by the Court on November 22, 2022 [Doc. No. 47].

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchaser and has received net funds of $21,951.92 from the sale.

Respectfully submitted this 15th day of December, 2022.

                                        /s/
Hays Financial Consulting, LLC    S. Gregory Hays
2964 Peachtree Road, N.W., Suite 555    Chapter 7 Trustee
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

Case 21-55737-pwb    Doc 49    Filed 12/15/22    Entered 12/15/22 10:17:03    Desc Main
Document    Page 2 of 4

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
REAL ESTATE CLOSINGS

| | |
|---|---|
| Settlement Date: | 12/13/2022 |
| Disbursement Date: | 12/13/2022 |
| Settlement Location: | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| File Number: | |
| Lender: | Everett Financial, Inc. DBA Supreme Lending |
| Loan Type: | Conventional Uninsured |
| Borrower: | Andreana Washington<br>3424 Double Eagle Drive<br>Unit 30<br>Marietta, GA 30008 |
| Seller: | S. Gregory Hays, as and only as Chapter 7 Trustee in Bankrupcty for the Estate of James Earnest Newman, Sr. aka James E. Newman and Mary Haase Newman aka Mary H. Newman<br>2964 Peachtree Road<br>Suite 555<br>Atlanta, GA 30305 |
| Property location: | 3424 Double Eagle Dr Unit 30<br>Marietta, GA 30008 |
| Tax Parcel No: | 19-0775-0-085-0 |

| | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Sale Price of Property | | 270,000.00 |
| Seller Credit | 1,000.00 | |
| **Prorations/Adjustments** | | |
| Prorated HOA Dues $339/mo 12/13/22 - 12/31/22 | | 207.77 |
| County Taxes ($773.76) 12/13/22 - 01/01/23 | | 40.28 |
| **Commissions** | | |
| Commission- Buyer's Broker to Berkshire Hathaway HomeServices Georgia Properties | 5,400.00 | |
| Commission- Seller's Broker to Humphries & King Realty, LLC | 10,800.00 | |
| **Recording/State Charges** | | |
| Recording Services to CSC | 4.00 | |
| Seller Recording Affidavit to Cobb County Clerk of Court by CSC | 25.00 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to Chase | 179,462.53 | |
| **HOA Charges** | | |
| HOA Balance to Magnolia Lane COA | 7,889.80 | |
| **Miscellaneous Debits/Credits** | | |
| Reimbursement for electric bills to John Ball | 714.80 | |
| Debtor's homestead exemption to James Earnest Newman, Sr., and Mary H. Newman | 43,000.00 | |
| **Subtotals** | 248,296.13 | 270,248.05 |
| **Balance Due TO Seller** | 21,951.92 | |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Report of Sale** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated and upon all the following persona or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

James Earnest Newman, Sr.
811 Royal View Dr
Merryville, TN 37801

Mary Haase Newman
811 Royal View Dr
Merryville, TN 37801

Ian M. Falcone
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA 30060

This 15th day of November, 2022.

                                                          /s  *S. Gregory Hays*
                                                          S. Gregory Hays
                                                          Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060